UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-10645-SSC                    Date: March 10, 2026

Title      Latanya Williams v. Jackson Coffee Co, LLC, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

Teagan Snyder                               n/a
Deputy Clerk                        Court Reporter / Recorder

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:
None Present                                None Present

**Proceedings:**    (IN CHAMBERS) **Order to Show Cause re Lack of Prosecution**

On November 5, 2025, Plaintiff filed this action against Defendants Jackson Coffee Co, LLC and Stephanie T. Atwill Rocco. (ECF 1.)  Plaintiff served Defendants.  (ECF 16; ECF 17.)  Defendants failed to respond.  Plaintiff sought entry of default against Defendant Rocco (ECF 14), and default was entered as to Defendant Rocco on January 22, 2026 (ECF 19.)  Plaintiff has not sought entry of default against Defendant Jackson Coffee Co, LLC.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **March 23, 2026**, why this action should not be dismissed for lack of prosecution.  *See* Fed. R. Civ. P. 41.  The Court will consider as an appropriate response to this order to show cause the filing of an application for entry of default under Federal Rule of Civil Procedure 55(a) on or before **March 23, 2026**, upon filing of which, this

CV-90 (03/15)                    Civil Minutes – General                    Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-10645-SSC                    Date: March 10, 2026

Title        Latanya Williams v. Jackson Coffee Co, LLC, et al.

order to show cause will automatically be discharged.  Failure to respond to this order to show cause will be deemed consent to the dismissal of this action without prejudice.

**IT IS SO ORDERED.**

                                                                                    :

                                                Initials of Preparer        **ts**